IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ELLICEY ADALBERTO PACHECO,   )
                              )
    Plaintiff,            )
                              )
v.                            )   1:05CV293
                              )
SEARS, ROEBUCK AND CO., and   )
SEARS AUTO CENTER,            )
                              )
    Defendants.           )

## ORDER AND JUDGMENT

BEATY, District Judge.

For the reasons discussed in the Memorandum Opinion filed contemporaneously herewith, IT IS ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Summary Judgment [Document # 27] is GRANTED, and this case is hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED THAT Defendants' Motion for Attorney's Fees [Document #42] is DENIED.

Finally, IT IS ORDERED that Exhibit D to the Affidavit of Mr. Jeffries [Document #29] be placed UNDER SEAL.

This, the 26th day of June, 2006.

                                        United States District Judge